IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDDIE JOSEPH BROWN**                                                               **PLAINTIFF**

v.                                                                  Civil No. 1:15cv105-HSO-JCG

**RAYMOND BYRD, ET AL.**                                                           **DEFENDANTS**

## FINAL JUDGMENT

The Court finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE** and Plaintiff is assessed a strike pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED**, this the 27th day of July, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE